Jarrod D. Shaw
MCGUIREWOODS LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: 412-667-7907
Facsimile: 412-667-6050
jshaw@mcguirewoods.com

*Attorneys for Defendant Santander Consumer USA Inc. dba Chrysler Capital*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YVRANDE BOUTE a/k/a YVRANDE BERTRAND,<br><br>          Plaintiff,<br><br>     v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; CHRYSLER CAPITAL, LLC; and SYNCHRONY BANK,<br><br>          Defendants. | Civil Action No.: 3:19-cv-00061 (MAS)(TJB) |

### DEFENDANT SANTANDER CONSUMER USA INC. D/B/A CHRYSLER CAPITAL'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record hereby certifies that Santander Consumer USA Inc. dba Chrysler Capital is a wholly owned subsidiary of Santander Consumer USA Holdings Inc., which is a publicly traded entity. Santander Holdings USA Inc. owns more than 10% of Santander Consumer USA Holdings Inc.'s stock. Santander Holdings USA Inc. is a wholly owned subsidiary of Banco Santander, S.A.

Dated: January 28, 2019                              Respectfully submitted,

                                                                          /s/ *Jarrod D. Shaw*
                                                                          Jarrod. D. Shaw
                                                                          MCGUIREWOODS LLP

260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15235
T: 412-667-7907
jshaw@mcguirewoods.com

*Counsel for Defendant*
*Santander Consumer USA Inc. dba Chrysler Capital*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was electronically filed on this day, January 28, 2019, with the Clerk of the Court using the CM/ECF system which will send notice of service to all attorneys of record.

/s/ *Jarrod D. Shaw*
Jarrod D. Shaw